**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Luigi Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–4123<br>Employer's Tax I.D. No.:<br><br>　　　　　　Debtor<br><br>Laurye J Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.:<br>Employer's Tax I.D. No.:<br><br>　　　　　　Joint Debtor<br>_____ | Case Number:   10–04119–TLM<br><br>Chapter Number: 7 |

**NOTICE TO DEBTOR OF NEED TO FILE A STATEMENT REGARDING COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT (Official Form 23)**

PLEASE BE ADVISED that individual chapter 7 debtors, with very limited exceptions, must complete an instructional course in personal financial management in order to receive a discharge under § 727 of the Bankruptcy Code. Pursuant to Federal Rule of Bankruptcy Procedure 1007(b)(7), all debtors must complete and file Official Form 23 entitled "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management". Under Rule 1007(c), Official Form 23 must be filed within 60 days of the first date set for the meeting of creditors held under § 341.

Debtors are hereby notified that Official Form 23 must be filed before a discharge can be entered. Failure to file Official Form 23 may result in the case being closed without entry of a discharge. If the debtor(s) subsequently file a Motion to Reopen the case to file Official Form 23, the debtor(s) must pay the reopening fee.

Dated: 12/27/10

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

_____

　　Exceptions to the requirement of completing a personal financial management course exist for those debtors who are incapacitated or disabled, or on active military duty in a military combat zone. Such debtors must still file Official Form 23, specifying thereon the basis of any claimed exception. *See* §727(a)(11); § 109(h)(4).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In Re: Luigi Mangione                              Case Number: 10−04119−TLM

                                                   Chapter Number: 7

*DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT*

   Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:

☐ I, _____, the debtor in the above−styled case, hereby
        *(Printed Name of Debtor)*
certify that on _____, I completed an instructional course in personal financial
                    *(Date)*
management provided by _____,
                                  *(Name of Provider)*

Certificate No. *(if any)*:_____.

☐ I, _____, the debtor in the above−styled case, hereby
        *(Printed Name of Debtor)*
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

   ☐   Incapacity or disability, as defined in 11 U.S.C. § 109(h);
   ☐   Active military duty in a military combat zone; or
   ☐   Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

---

   *Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

   *Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)


Date:_____           Signature of Debtor: _____