**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Luigi Mangione ) | Case Number:    10–04119–TLM |
| 2441 N. Snow Goose Way ) | |
| Meridian, ID 83646 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx–xx–4123 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) ) | |
| Laurye J Mangione ) | |
| 2441 N. Snow Goose Way ) | |
| Meridian, ID 83646 ) | |
| ) | |
| Social Security No.: ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

**DEFICIENCY NOTICE OF ADDITIONAL MISSING DOCUMENTS / INCORRECT FORM USED**

To the Debtor(s) and Debtor's attorney, if any;

In order for this case to be administered, it is necessary that the ADDITIONAL item(s) described below be filed within fourteen (14) days from the date of this notice.

Atty Disclosure Statement
Credit Counseling
Statement of Domestic Support
Exhibit D
Employee Income Records
Ch. 7 Means Test Form 22A
Schedule D
Schedule E
Statement of Intent

Official and Procedural forms can be found on the Court's web site at www.id.uscourts.gov/forms−bk.htm .

|  | Elizabeth A Smith |
|---|---|
| Dated: 12/27/10 | Clerk, U.S. Bankruptcy Court |