**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Luigi Mangione ) | Case Number:  10−04119−TLM |
| 2441 N. Snow Goose Way ) | |
| Meridian, ID 83646 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx−xx−4123 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) ) | |
| Laurye J Mangione ) | |
| 2441 N. Snow Goose Way ) | |
| Meridian, ID 83646 ) | |
| ) | |
| Social Security No.: ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

**DEFICIENCY NOTICE OF ADDITIONAL MISSING DOCUMENTS / INCORRECT FORM USED**

To the Debtor(s) and Debtor's attorney, if any;

In order for this case to be administered, it is necessary that the ADDITIONAL item(s) described below be filed within fourteen (14) days from the date of this notice.

Atty Disclosure Statement
Credit Counseling
Statement of Domestic Support
Exhibit D
Employee Income Records
Ch. 7 Means Test Form 22A
Schedule D
Schedule E
Statement of Intent

Official and Procedural forms can be found on the Court's web site at www.id.uscourts.gov/forms−bk.htm .

Dated: 12/27/10

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0976-1          User: lparson              Page 1 of 1            Date Rcvd: Dec 27, 2010
Case: 10-04119                Form ID: defntc2           Total Noticed: 1

The following entities were noticed by first class mail on Dec 29, 2010.
db/jdb       +Luigi Mangione,    Laurye J Mangione,   2441 N. Snow Goose Way,    Meridian, ID 83646-3474

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2010**                          **Signature:**    _Joseph Speetjens_