**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Luigi Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–4123<br>Employer's Tax I.D. No.:<br><br>                Debtor<br><br>Laurye J Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.:<br>Employer's Tax I.D. No.:<br><br>              Joint Debtor<br>_____ | Case Number:    10–04119–TLM<br><br>Chapter Number: 7 |

**INCOME TAX TURNOVER ORDER**

THE DEBTORS ARE HEREBY ORDERED as follows:

FILING TAX RETURNS: You are ordered to properly file all required income and other tax returns with the Federal Government (Internal Revenue Service), any state and other taxing authority, within the time limits provided by law. This order shall apply to all tax years or other periods which arise during the pendency of this case. This order also includes returns for the preceding calendar or tax year. Be advised that this order includes returns for all prior years or periods for which returns were required but which were not filed before your bankruptcy case commenced.

COPIES OF TAX RETURNS TO TRUSTEE: you are further ordered to deliver, to the trustee in this case, signed copies of all tax returns which must be filed under and pursuant to the preceding paragraph.

THE TRUSTEE ASSIGNED to your case is:

        Jeremy Gugino
        410 S. Orchard Street
        Suite 144
        Boise, ID 83705

DELIVER OF REFUNDS: You are further ordered to turn over to the trustee all income tax refunds now held or hereafter received by you while the case is open.

LOSS OF DISCHARGE AND OTHER SANCTIONS: A willful failure to obey this order (for example a failure to file required tax returns, failure to provide signed copies of all tax returns to your trustee, or failure to surrender and turn over all refunds) may result in a loss of your right to a bankruptcy discharge of indebtedness, dismissal of your case without further notice to you and without hearing, and/or other possible sanctions.

|   |   |
|---|---|
| Dated: 12/27/10 | Elizabeth A Smith<br>Clerk, U.S. Bankruptcy Court |

# CERTIFICATE OF NOTICE

```
District/off: 0976-1           User: lparson              Page 1 of 1                  Date Rcvd: Dec 27, 2010
Case: 10-04119                 Form ID: oinctx7           Total Noticed: 1

The following entities were noticed by first class mail on Dec 29, 2010.
db/jdb         +Luigi Mangione,    Laurye J Mangione,    2441 N. Snow Goose Way,    Meridian, ID 83646-3474

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2010**                              Signature:   _Joseph Speetjens_