BRADLEY B. POOLE, CHARTERED
ATTORNEY AT LAW
1110 North Five Mile Road
Boise, Idaho  83713
Telephone:  (208) 322-5536
Facsimile:   (208) 323-7660
e-mail:  brad@bradpoolelaw.com
ISB# 1662

Attorney for *Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| In Re: | ) | Case No. 10-4119 |
|---|---|---|
| LUIGI MANGIONE | ) | |
| LAURYE J. MANGIONE | ) | **SUBSTITUTION OF COUNSEL** |
| Debtors. | ) | |

NOTICE IS HEREBY given that Bradley B. Poole, is hereby substituted as counsel of record for the above-named Debtors in the above-referenced matter in the place of Michael McDonagh, Attorney at Law.

DATED this 25th day of January, 2011.

_____
BRADLEY B. POOLE

_____
MICHAEL McDONAGH