# United States Bankruptcy Court
### District of Idaho

In re: **Luigi Mangione**
**Laurye J. Mangione**
Debtor(s)

Case No. _____
Chapter **7**

## JOINT DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

---

Joint Debtor's name (enter full name): **Laurye J. Mangione**

Does Joint Debtor have a domestic support obligation: ____ yes **X** no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Joint Debtor's employer's name, address, and phone number: _____.

Name, address and phone number for the holder of the claim of support: _____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $____ per ____ (i.e. month, week, etc.)

Term of support obligation: from ____ until ____.

Amount that the domestic support obligation is in arrears: $____.

Court name and jurisdiction in which order of support was issued: _____.

Court Case No. ____.

Name, address and phone number of the State child support enforcement agency involved in such claim: _____.

---

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Laurye J. Mangione                                             January 25, 2011
**Laurye J. Mangione**                                             **Date**
**Signature of Joint Debtor**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571