Certificate Number: 12433-ID-DE-013686533

Bankruptcy Case Number: 10-04119



12433-ID-DE-013686533

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2011, at 9:11 o'clock PM PST, Luigi Mangione completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Idaho.

Date:   January 25, 2011                By:      /s/Sue Clark

Name:   Sue Clark

Title:   Teacher