Certificate Number: 12433-ID-DE-013686534

Bankruptcy Case Number: 10-04119



12433-ID-DE-013686534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2011, at 9:11 o'clock PM PST, Laurye J. Mangione completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Idaho.

Date: January 25, 2011

By: /s/Sue Clark

Name: Sue Clark

Title: Teacher