UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                              )
                                                    )   CASE NO. 10-04119 TLM
MANGIONE, LUIGI                                     )
MANGIONE, LAURYE J                                  )
                                                    )   CHAPTER 7 TRUSTEE'S INITIAL STATUS
                                                    )   REPORT AND MINUTES OF
                            Debtor(s)               )   341(a) MEETING OF CREDITORS
                                                    )

DATE OF 341(a) MEETING: 01/27/11          LOCATION OF MEETING: Boise
NAME OF TRUSTEE: Jeremy Gugino            DATE CASE FILED:  12/23/10

DIGITAL RECORDER TRACK NO. 39

DEBTOR(S): (x) SWORN & EXAMINED  ( ) DID NOT APPEAR
DEBTOR(S) PROVIDED PROPER PHOTO I.D. AND SOCIAL SECURITY DOCUMENTATION AS BELOW:
  IDENTITY:  [x] Drivers Lic.  [ ] U.S. passport  [X] State picture ID  [ ] legal resident alien card
  SS#:  [x] SS Card   [ ] Pay Stub   [ ] W-2 form   [ ] other: _____
  DEBTOR ADDRESS CHANGE: _____
PRIOR BANKRUPTCY: [ ] Yes  Date: _____  State: _____   [x] No
DEBTOR'S ATTORNEY: (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
CREDITORS APPEARING: (X) NONE

**ACTION ITEMS:**
a.  ( )  341(a) Meeting Continued to: _____
b.  ( )  I.D. and / or SS information incorrect or missing, report attached.
c.  ( )  Dismiss for Failure of Debtor and/or Attorney to Appear
d.  ( )  Discharge Information Given to Debtor
e.  ( )  Unscheduled Assets Identified:

GENERAL COMMENTS
(x)  DEBTOR(S) IDENTITY AND SOCIAL SECURITY DOCUMENTATION MATCH PETITION
(x)  DEBTOR(S) EXAMINED
(x)  SCHEDULES AND STATEMENT OF AFFAIRS FILED
(x)  STATEMENT OF INCOME AND EXPENDITURES FILED
(x)  DEBTOR(S) INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR U.S. TRUSTEE OR
     SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR DISMISSAL

/S/ JEREMY J. GUGINO, TRUSTEE
DATE:  January 28, 2011