B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re: **Luigi Mangione, Laurye J. Mangione**, Debtors

Case No. **10-4119**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 338,300.00 | | |
| B - Personal Property | Yes | 3 | 238,117.15 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 359,440.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 6,382.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 937,727.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,469.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,299.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 576,417.15 | | |
| Total Liabilities | | | | 1,303,549.19 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Idaho

In re  **Luigi Mangione,**
**Laurye J. Mangione**
                                                              Debtors,

Case No. **10-4119**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 6,382.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 6,382.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,469.52 |
| Average Expenses (from Schedule J, Line 18) | 4,299.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,299.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 33,378.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 6,382.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 937,727.19 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 971,105.19 |

B6B (Official Form 6B) (12/07)

In re **Luigi Mangione,**
**Laurye J. Mangione**
                                                                                      Case No. __**10-4119**__
                                                                Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank - Checking** | - | 15.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household furnishing, small and large appliances** | **C** | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CD's, DVDs, Misc. wall hangings** | **C** | 500.00 |
| 6. Wearing apparel. | | **Wife's clothing, shoes** <br> **Husband's clothing, shoes** | **C** | 500.00 |
| 7. Furs and jewelry. | | **Wedding rings** | **C** | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Pistol** | **C** | 450.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | **3,215.00** |

__**2**__   continuation sheets attached to the Schedule of Personal Property

2/01/11 12:26PM

B6B (Official Form 6B) (12/07) - Cont.

In re **Luigi Mangione,**            Case No. **10-4119**
     **Laurye J. Mangione**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | TW Telecom 401(k) through Fidelity | C | 134,648.70 |
| | | Roth IRA | C | 35,841.25 |
| | | Retirement | C | 42,169.49 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Dickey's BBQ Pit Franchise Agreement, voided pursuant to a judgment in N. Dist. of Texas | C | 0.00 |
| | | Employee Stock through Company | C | 3,597.71 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **216,257.15**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Luigi Mangione,**
     **Laurye J. Mangione**,
                                                              Debtors

Case No. **10-4119**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Dodge Pickup Truck 2500** | C | 18,425.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer and Printer** | C | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 Dogs** | C | 20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 18,645.00 |
|---|---|---|
|  | Total > | 238,117.15 |

Sheet  **2**  of  **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Luigi Mangione,**
**Laurye J. Mangione**
Debtors

Case No. **10-4119**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1180** <br><br> **Ada County Treasurer** <br> **200 W. Front Street** <br> **Boise, ID 83701** | | C | 12/2010 <br> **Business Personal Property Taxes** | X | X | X | 2,150.74 |
| Account No. **xx7304** <br><br> **Alsco** <br> **2254 E. Braniff St.** <br> **Boise, ID 83716** | | C | 6/2010 <br> **Business Expense** | | | | 233.85 |
| Account No. **x-x1004** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096** | | C | **Business Credit Card** | | | | 6,000.00 |
| Account No. **xxxx-xxxx-xxxx-1949** <br><br> **Bank of America** <br> **PO Box 301200** <br> **Los Angeles, CA 90030** | | C | **Credit Card** | | | | 9,066.31 |
| __10__ continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | 17,450.90 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione**,
Debtors

Case No. **10-4119**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br>**Boise Metro Chamber of Commerce** <br>**PO Box 2368** <br>**Boise, ID 83701** | | C | **Unknown** | | | | 460.00 |
| Account No. **3470** <br>**Boise POS Solutions** <br>**5561 W. Kendall St.** <br>**Boise, ID 83706** | | C | **LL BBQ Pit Expense** | | | | 2,500.00 |
| Account No. **xxxxxxxx6990** <br>**Chase** <br>**PO Box 78035** <br>**Phoenix, AZ 85062** | | C | **HELOC** | | | | 19,312.02 |
| Account No. **xxxx-xxxx-xxxx-3068** <br>**Chase** <br>**P.O. Box 94014** <br>**Palatine, IL 60094-4014** | | C | **Credit Card** | | | | 1,524.27 |
| Account No. **xxxx-xxxx-xxxx-2088** <br>**Chase** <br>**P.O. Box 94014** <br>**Palatine, IL 60094-4014** | | C | **Credit Card** | | | | 17,787.06 |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **41,583.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione** , Case No. **10-4119**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx9101<br><br>**CIT Small Business Lending**<br>**PO Box 1529**<br>**Livingston, NJ 07039** | | C | **SBA Loan** | | | | 599,873.87 |
| Account No. xxxx-xxxx-xxxx-9204<br><br>**Citi**<br>**P.O. Box 6000**<br>**The Lakes, NV 89163-6000** | | C | **Credit Card** | | | | 10,592.63 |
| Account No. xxxx3002<br><br>**CMI Credit Mediators**<br>**PO Box 456**<br>**Upper Darby, PA 19082** | | C | **Collection** | | | | 474.80 |
| Account No.<br><br>**Crandall-Swenson**<br>**1110 N. Five Mile Rd.**<br>**Boise, ID 83713** | | C | **Accounting Service** | | | | 381.79 |
| Account No. xxxx3002<br><br>**Daymark Safety Systems**<br>**12830 S. Dixie Hwy**<br>**Bowling Green, OH 43402** | | C | **LL BBQ Pit** | | | | 111.49 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **611,434.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione**
                                                                              Debtors

Case No. **10-4119**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Dickey's Barbeque Restaurant**<br>**4514 Cole Ave. #1000**<br>**Dallas, TX 75205** | C | | **Judgment** | | | | **102,517.88** |
| Account No. **xxxxx2822**<br>**Directv**<br>**PO Box 60036**<br>**Los Angeles, CA 90060** | C | | **4/2010**<br>**Business Expense** | | | | **109.99** |
| Account No. **LL BBQ Pit**<br>**Duro**<br>**1 Duro Way**<br>**Walton, KY 41094** | C | | **Business Account** | | | | **100.00** |
| Account No. **D138**<br>**Evans Equipment**<br>**PO Box 190133**<br>**Boise, ID 83719** | C | | **Dickey's Business Expense** | | | | **682.48** |
| Account No.<br>**Express Service**<br>**2768 S. Featherly Way**<br>**Boise, ID 83709** | C | | **Business Expense** | | | | **437.45** |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **103,847.80**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione**, Case No. **10-4119**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-4449<br><br>**Financial Asset Management**<br>**PO Box 451409**<br>**Atlanta, GA 31145** | | C | **Unknown**<br>**Collection re: Bank of America** | | | | 9,417.02 |
| Account No. xxx8146<br><br>**Food Service of America**<br>**PO Box 34846**<br>**Seattle, WA 98124** | | C | **LL BBQ Pit** | | | | 1,538.74 |
| Account No. xxxx-xxxx-xxxx-xxxx3428<br><br>**Ford Motor Credit Co.**<br>**PO Box 6508**<br>**Mesa, AZ 85216** | | C | **Vehicle Repossession** | | | X | 4,648.43 |
| Account No.<br><br>**Franz Family Bakeries**<br>**Oregon Division**<br>**PO Box 60000**<br>**San Francisco, CA 94160** | | C | **Business Expense** | | | | 51.30 |
| Account No. **DOUBLL**<br><br>**Grasmick Produce**<br>**PO Box 45120**<br>**Boise, ID 83711** | | C | **Business Expense** | | | | 74.33 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 15,729.82

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,** Case No. **10-4119**
**Laurye J. Mangione**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3893** <br><br> **High Tech Telephones** <br> **PO Box 190833** <br> **Boise, ID 83719** | | C | **11/2009** <br> **Dickey's Expense** | | | | 526.66 |
| Account No. **xxxx8.001** <br><br> **Howell & Vail** <br> **380 S. Fourth St., Ste. 104** <br> **Boise, ID 83702** | | C | **Collection** <br> **Ford Motor Credit Company** | | | | 4,648.43 |
| Account No. **xxxxxx3458** <br><br> **Idaho Power** <br> **PO Box 34966** <br> **Seattle, WA 98124** | | C | **9/2010** <br> **Business Expense** | | | | 1,465.71 |
| Account No. **xxx: xxxxxxx29-08** <br><br> **Idaho State Tax Commission** <br> **PO Box 36** <br> **Boise, ID 83722** | | C | **2/01/2007-12/31/2008** <br> **Sales Tax (Penalty/Interest)** | | | | 1,538.00 |
| Account No. <br><br> **Idaho Statesman** <br> **PO Box 40** <br> **Boise, ID 83707** | | C | **Advertising Expense** | | | | 27,779.17 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **35,957.97**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione**, Debtors

Case No. **10-4119**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8999** <br><br> **Idaho Statesman** <br> **PO Box 40** <br> **Boise, ID 83707** | | C | **Dickey's BBQ Pit Expense** | | | | 4,123.70 |
| Account No. **xxxxxxxx-761-4** <br><br> **Intermountain Gas** <br> **PO Box 64** <br> **Boise, ID 83732** | | C | **10/2010** <br> **Business Expense** | | | | 439.09 |
| Account No. **xx8327** <br><br> **Interstate Brands Corp.** <br> **743 W. McGregor Court** <br> **Suite 110** <br> **Boise, ID 83705** | | C | **Lira LLC / LL BBQ Pit** <br> **Hostess Brand/Wonder Bread** | | | | 775.76 |
| Account No. **xxxxxx5637** <br><br> **Midland Credit Management** <br> **PO Box 60578** <br> **Los Angeles, CA 90060** | | C | **Collection** | | | | 17,787.06 |
| Account No. **x2541** <br><br> **Norco, Inc.** <br> **PO Box 15299** <br> **Boise, ID 83715** | | C | **2010** <br> **Business Expense** | | | | 93.00 |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **23,218.61**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione**,
Debtors

Case No. **10-4119**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Peak Broadcasting**<br>**827 E. Park Blvd., Ste 201**<br>**Boise, ID 83712** | | C | Business Expense | | | | 800.00 |
| Account No. **xxx-xxx-xxxx-019B**<br>**Qwest**<br>**PO Box 29040**<br>**Phoenix, AZ 85038** | | C | Business Expense | | | | 517.99 |
| Account No. **xx4394**<br>**R.L. Schreiber Inc.**<br>**1741 NW 33rd Street**<br>**Pompano Beach, FL 33064** | | C | Business Expense | | | | 156.61 |
| Account No. **xxx2164**<br>**Radiant Systems**<br>**3925 Brookside Parkway**<br>**Alpharetta, GA 30022** | | C | Collection re: Lira LLC dba LL BBQ Pit | | | | 263.28 |
| Account No.<br>**Real Signs**<br>**2212 Commercial St.**<br>**Meridian, ID 83642** | | C | 12/2009<br>Business Expense | | | | 1,760.00 |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,497.88**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione** ,
Debtors

Case No. **10-4119**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3590**<br><br>**ReStar, Inc.**<br>**160 Oak Street, Bld #1**<br>**Glastonbury, CT 06033** | | C | **Business Expense** | | | | 300.00 |
| Account No. **xx6140**<br><br>**Ron's Service Inc.**<br>**16364 SW 72nd Ave.**<br>**Portland, OR 97224** | | C | **Business Expense** | | | | 105.90 |
| Account No. **xxx4682**<br><br>**Solution Pro**<br>**1450 Eagle Flight Way**<br>**Suite 200**<br>**Boise, ID 83709** | | C | **Business Expense** | | | | 53.90 |
| Account No. **xx9836**<br><br>**Steamco Ventilation**<br>**2180 E. Cadillac Dr.**<br>**Meridian, ID 83642** | | C | **Business Expense** | | | | 195.00 |
| Account No. **773**<br><br>**Sunset Signs & Graphics**<br>**220 E. Fairview, Ste 110**<br>**Meridian, ID 83642** | | C | **3/2010**<br>**Business Expense** | | | | 1,124.90 |

Sheet no. **8** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,779.70**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione**, Case No. **10-4119**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx9579<br><br>Sysco Idaho<br>PO Box 170007<br>Boise, ID 83717 | | C | LL BBQ Pit | | | | 1,630.53 |
| Account No. x9794<br><br>Tablerock Printing<br>1115 Grove St.<br>Boise, ID 83702 | | C | LL BBQ Pit Expense | | | | 318.00 |
| Account No. xx4228<br><br>Total System Services<br>1712 S. Roosevelt<br>PO Box 2091<br>Boise, ID 83701 | | C | Business Expense | | | | 425.97 |
| Account No. Lira, LLC<br><br>W. H. Moore Company<br>1940 S. Bonito Way, Ste 160<br>PO Box 8204<br>Boise, ID 83707 | | C | Default of Lease Agreement | | | | 78,463.00 |
| Account No. xxx4176<br><br>West Asset Management<br>7333 Tam O'Shanter<br>Stockton, CA 95210 | | C | Unknown<br>Collection re: American Express | | | | 2,367.12 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **83,204.62**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luigi Mangione,**
**Laurye J. Mangione** ,
Debtors

Case No. **10-4119**

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3960**<br><br>Zee Medical, Inc.<br>PO Box 781583<br>Indianapolis, IN 46278 | | C | **Business Expense** | | | | 21.96 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21.96**

Total (Report on Summary of Schedules) **937,727.19**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Luigi Mangione,**
**Laurye J. Mangione**
                                                        , 
Debtors

Case No. **10-4119**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kimball Properties**<br>1940 S. Bonita Way, Ste 160<br>PO Box 8204<br>Meridian, ID 83646 | **Amended and Restated Lease AGreement dated January 29, 2007; Premised located at 2845 E. Overland Rd., Meridian, Idaho** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6I (Official Form 6I) (12/07)

In re **Luigi Mangione / Laurye J. Mangione**, Debtor(s)    Case No. **10-4119**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **tw telecom** | |
| How long employed | | |
| Address of Employer | **10475 Park Meadows Drive, Littleton, CO 80124** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,379.56 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 6,379.56 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 1,206.52 | $ N/A |
|    b. Insurance | $ 372.42 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): **401(k)** | $ 318.98 | $ N/A |
|       **Misc. Ins.** | $ 12.12 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,910.04 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 4,469.52 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,469.52 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,469.52 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

| | | |
|---|---|---|
| In re | **Luigi Mangione**<br>**Laurye J. Mangione** | Case No. **10-4119** |
| | Debtor(s) | |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,194.00 |
| a. Are real estate taxes included? | Yes **X**   No ___ | |
| b. Is property insurance included? | Yes **X**   No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 187.00 |
| b. Water and sewer | | $ 108.00 |
| c. Telephone | | $ 256.00 |
| d. Other  **See Detailed Expense Attachment** | | $ 345.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 65.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 225.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 75.00 |
| 10. Charitable contributions | | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 96.00 |
| d. Auto | | $ 42.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 431.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **Pet Expenses** | | $ 225.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,299.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 4,469.52 |
| b. | Average monthly expenses from Line 18 above | $ 4,299.00 |
| c. | Monthly net income (a. minus b.) | $ 170.52 |

B6J (Official Form 6J) (12/07)

In re **Luigi Mangione / Laurye J. Mangione**, Debtor(s)   Case No. **10-4119**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Internet, etc.** | $ **180.00** |
| **Cable** | $ **165.00** |
| **Total Other Utility Expenditures** | $ **345.00** |