B6B (Official Form 6B) (12/07)

In re **Luigi Mangione,**
**Laurye J. Mangione**, Case No. **10-4119**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank - Checking | - | 15.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household furnishing, small and large appliances | C | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CD's, DVDs, Misc. wall hangings | C | 500.00 |
| 6. Wearing apparel. | | Wife's clothing, shoes<br>Husband's clothing, shoes | C | 500.00 |
| 7. Furs and jewelry. | | Wedding rings | C | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Pistol | C | 450.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **4,465.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Luigi Mangione,** Case No. __**10-4119**__
       **Laurye J. Mangione**
                                                                  ,
                                            Debtors
## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TW Telecom 401(k) with Fidelity** | C | 134,648.70 |
| | | **Roth IRA** | C | 35,841.25 |
| | | **Retirement** | C | 42,169.49 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Dickey's BBQ Pit Franchise Agreement, voided pursuant to a judgment in N. Dist. of Texas** | C | 0.00 |
| | | **Employee corporate stock plan (TW Telecom)** | C | 3,597.71 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                        Sub-Total >     **216,257.15**
                                                        (Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

In re **Luigi Mangione,**
**Laurye J. Mangione**,
Debtors

Case No. **10-4119**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Dodge Pickup Truck 2500 | C | 18,425.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer and Printer | C | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 Dogs | C | 20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 18,645.00 |
|---|---|---|
|  | Total > | 239,367.15 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Luigi Mangione,**
       **Laurye J. Mangione**,
                                                                    Debtors

Case No. __**10-4119**__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> 2441 N. Snow Grass Way <br> Meridian, Idaho  83646 | Idaho Code §§ 55-1001, 55-1002, 55-1003 | 100,000.00 | 196,000.00 |
| **Household Goods and Furnishings** <br> Misc. household furnishing, small and large appliances | Idaho Code § 11-605(1)(a) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> CD's, DVDs, Misc. wall hangings | Idaho Code § 11-605(1)(b) | 500.00 | 500.00 |
| **Wearing Apparel** <br> Wife's clothing, shoes <br> Husband's clothing, shoes | Idaho Code § 11-605(1)(b) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> Wedding rings | Idaho Code § 11-605(2) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> Pistol | Idaho Code § 11-605(8) | 450.00 | 450.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> TW Telecom 401(k) with Fidelity | Idaho Code § 11-604A | 134,648.70 | 134,648.70 |
| **Roth IRA** | Idaho Code § 11-604A | 35,841.25 | 35,841.25 |
| **Retirement** | Idaho Code § 11-604A | 42,169.49 | 42,169.49 |
| **Stock and Interests in Businesses** <br> Employee corporate stock plan (TW Telecom) | Idaho Code § 11-605(11) | 1,600.00 | 3,597.71 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2007 Dodge Pickup Truck 2500 | Idaho Code § 11-605(3) | 7,500.00 | 18,425.00 |
| **Office Equipment, Furnishings and Supplies** <br> Computer and Printer | Idaho Code § 11-605(3) | 200.00 | 200.00 |
| | Total: | 326,409.44 | 435,332.15 |

__**0**__  continuation sheets attached to Schedule of Property Claimed as Exempt