Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
410 S Orchard St.
Suite 144
Boise, ID  83705
(208) 342-1590
gugino@cableone.net

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In Re: | CHAPTER 7 |
|---|---|
| MANGIONE, LUIGI<br>MANGIONE, LAURYE J | CASE NO.  10-04119-TLM |
| | OBJECTION TO CLAIM OF EXEMPTION |
| Debtor(s) | |

> **Notice of Objection to Claim of Exemption and Opportunity to Object and for a Hearing**
>
> **No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 30 days of the date of this notice.  If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> **Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> **Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE NAMED COURT, THE DEBTOR, AND DEBTOR'S ATTORNEY:

### NOTICE

YOU ARE HEREBY NOTIFIED that the trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| *Asset* | *Specific law* | *Value of Exemption* |
|---|---|---|
| Employee Corporate Stock Plan | I.C. §11-605(11) | $1,600.00 |

## **OBJECTION**

Objection(s) is made on the following grounds: Idaho Code § 11-605(11) allows an exemption for "tangible" personal property. Stock is not tangible. The above claim of exemption should be disallowed in its entirety.

Date:   February 4, 2011                         /s/  Jeremy J. Gugino
                                                 Chapter 7 Bankruptcy Trustee

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Objection to Claim of Exemption with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

BRADLEY B POOLE
1110 N FIVE MILE RD

BOISE, ID 83713

*Served by U.S. MAIL*

MANGIONE, LUIGI
MANGIONE, LAURYE J
2441 N. SNOW GOOSE WAY
MERIDIAN, ID 83646

/S/ Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
Date: February 4, 2011