B23 (Official Form 23) (12/10)

# United States Bankruptcy Court
## District of Idaho

In re   **Luigi Mangione**
**Laurye J. Mangione**
Debtor(s)

Case No.   **10-4119**

Chapter   **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■   I,   **Laurye J. Mangione**   , the debtor in the above-styled case, hereby certify that on   **January 25, 2011**   , I completed an instructional course in personal financial management provided by   **Solid Start Financial Education Services, LLC**  , an approved personal financial management provider.

Certificate No. (if any):   **12433-ID-DE-013686534**   .

☐   I,   ___ , the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐   Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

☐   Active military duty in a military combat zone; or

☐   Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   **/s/ Laurye J. Mangione**
**Laurye J. Mangione**

Date:   **February 10, 2011**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Certificate Number: 12433-ID-DE-013686534

Bankruptcy Case Number: 10-04119



12433-ID-DE-013686534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2011, at 9:11 o'clock PM PST, Laurye J. Mangione completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Idaho.

Date:   January 25, 2011          By:     /s/Sue Clark

                                  Name:   Sue Clark

                                  Title:  Teacher