**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Luigi Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–4123<br>Employer's Tax I.D. No.:<br><br>Debtor<br><br>Laurye J Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–2848<br>Employer's Tax I.D. No.:<br><br>Joint Debtor<br>_____ | Case Number:    10–04119–TLM<br><br>Chapter Number: 7 |

**ORDER DISALLOWING CLAIM(S) OF EXEMPTION**

 The trustee in this case requested the Court not allow certain exemptions claimed by the debtor pursuant to 11 U.S.C. Section 522. Notice of the trustees request was sent to the debtor and a request for hearing has not been made within the time period allowed in that notice.

Based upon the foregoing and good cause appearing therefore, the following exemptions are DISALLOWED to the extent objected to by the trustee:

Employee Corporate Stock Plan

Dated: 3/14/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court