**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Luigi Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–4123<br>Employer's Tax I.D. No.:<br><br>              Debtor<br><br>Laurye J Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–2848<br>Employer's Tax I.D. No.:<br><br>            Joint Debtor<br>_____ | Case Number:   10–04119–TLM<br><br>Chapter Number: 7 |

**ORDER DISALLOWING CLAIM(S) OF EXEMPTION**

The trustee in this case requested the Court not allow certain exemptions claimed by the debtor pursuant to 11 U.S.C. Section 522. Notice of the trustees request was sent to the debtor and a request for hearing has not been made within the time period allowed in that notice.

Based upon the foregoing and good cause appearing therefore, the following exemptions are DISALLOWED to the extent objected to by the trustee:

Employee Corporate Stock Plan

Dated: 3/14/11

                                                         Elizabeth A Smith<br>
                                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

In re:
Luigi Mangione
Laurye J Mangione
   Debtors

Case No. 10-04119-TLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0976-1   User: arutter   Page 1 of 1   Date Rcvd: Mar 14, 2011
           Form ID: odxmp   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2011.
db/jdb  +Luigi Mangione,   Laurye J Mangione,   2441 N. Snow Goose Way,   Meridian, ID 83646-3474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                   TOTAL: 0

   ***** BYPASSED RECIPIENTS *****
NONE.                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2011**       **Signature:** _Joseph Speetjens_