B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Idaho [LIVE]
Case No. **10–04119–TLM**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luigi Mangione
2441 N. Snow Goose Way
Meridian, ID 83646

Laurye J Mangione
2441 N. Snow Goose Way
Meridian, ID 83646

Social Security No.:
xxx–xx–4123

xxx–xx–2848

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 5/8/11

Terry L Myers
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Idaho

In re:
Luigi Mangione                                              Case No. 10-04119-TLM
Laurye J Mangione                                           Chapter 7
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0976-1           User: arutter              Page 1 of 1                Date Rcvd: May 09, 2011
                               Form ID: b18              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2011.
db/jdb       +Luigi Mangione,    Laurye J Mangione,    2441 N. Snow Goose Way,    Meridian, ID 83646-3474
3784041      +JP Morgan Chase Bank NA, Department,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: RECOVERYCORP.COM May 09 2011 20:33:00     Recovery Management Systems Corporation for Capita,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3737809       EDI: BECKLEE.COM May 09 2011 20:28:00     American Express Bank FSB,    c/o Becket and Lee LLP,
               POB 3001,   Malvern  PA 19355-0701
3736648       EDI: RECOVERYCORP.COM May 09 2011 20:33:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3724457       Ada County Treasurer200 W. Front St. PO Box 2868 B,    Bank of America PO BOX 5170 Simi Valley,,
               Bank of America PO BOX 301200 Los Angele,    Chase Bank PO BOX 78035 Phoenix, AZ 8506,
               Chase Bank PO BOX 94014 Palatine, IL 600,   Chase Bank Card Member Services
cr*           American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
cr*          +JP Morgan Chase Bank NA, Department,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
3809150*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
3809151*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                        TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2011              Signature:    _Joseph Speetjens_