# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: MANGIONE, LUIGI § Case No. 10-04119 | |
| MANGIONE, LAURYE J § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 23, 2010. The undersigned trustee was appointed on December 23, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          14,169.83

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 14.33 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 221.50 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 13,934.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/28/2011 and the deadline for filing governmental claims was 06/21/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,144.83. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,144.83, for a total compensation of $2,144.83.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $14.30, for total expenses of $14.30.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2011            By: /s/Jeremy Gugino
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-04119  
**Case Name:** MANGIONE, LUIGI  
              MANGIONE, LAURYE J  
**Period Ending:** 08/10/11

**Trustee:** (320100) Jeremy Gugino  
**Filed (f) or Converted (c):** 12/23/10 (f)  
**§341(a) Meeting Date:** 01/27/11  
**Claims Bar Date:** 03/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Chase Bank - Checking<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 15.00 | 15.00 | | 15.00 | FA |
| 2 | Household goods<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | CD's, DVDs, Misc. wall hangings<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wedding rings<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pistol<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 450.00 | 0.00 | DA | 0.00 | FA |
| 7 | TW Telecom 401(k) through Fidelity<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 134,648.70 | 0.00 | DA | 0.00 | FA |
| 8 | Roth IRA<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 35,841.25 | 0.00 | DA | 0.00 | FA |
| 9 | Retirement<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 42,169.49 | 0.00 | DA | 0.00 | FA |
| 10 | Dickey's BBQ Pit Franchise Agreement, voided pur<br>   Orig. Asset Memo: Imported from original petition Doc# 28 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Employee Stock through Company<br>   atty used wild card exemption - ask Trustee about this. | 3,597.71 | 3,597.71 | | 4,048.67 | FA |
| 12 | 2007 Dodge Pickup Truck 2500 | 18,425.00 | 0.00 | DA | 0.00 | FA |

Printed: 08/10/2011 08:46 AM     V.12.57

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-04119  
**Case Name:** MANGIONE, LUIGI  
MANGIONE, LAURYE J  
**Period Ending:** 08/10/11

**Trustee:** (320100) Jeremy Gugino  
**Filed (f) or Converted (c):** 12/23/10 (f)  
**§341(a) Meeting Date:** 01/27/11  
**Claims Bar Date:** 03/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 28 | | | | | |
| 13 | Computer and Printer<br>Orig. Asset Memo: Imported from original petition Doc# 28 | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2 Dogs<br>Orig. Asset Memo: Imported from original petition Doc# 28 | 20.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2010 TAX REFUNDS (u) | Unknown | Unknown | | 10,106.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | Unknown |
| 16 | Assets    Totals (Excluding unknown values) | **$239,367.15** | **$3,612.71** | | **$14,169.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/02/11 Demanded tax returns

**Initial Projected Date Of Final Report (TFR):** January 27, 2012  **Current Projected Date Of Final Report (TFR):** January 27, 2012

Printed: 08/10/2011 08:46 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-04119 | | Trustee: | Jeremy Gugino (320100) |
|---|---|---|---|---|
| Case Name: | MANGIONE, LUIGI | | Bank Name: | The Bank of New York Mellon |
| | MANGIONE, LAURYE J | | Account: | 9200-57371859-65 - Money Market Account |
| Taxpayer ID #: | 38-6971261 | | Blanket Bond: | $82,344,543.00   (per case limit) |
| Period Ending: | 08/10/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/11 | {11} | Luigi Mangione | sale of stock | 1129-000 | 4,048.67 | | 4,048.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,048.69 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,048.72 |
| 06/02/11 | {15} | Idaho State Tax Commission | tax refund | 1224-000 | 3,863.00 | | 7,911.72 |
| 06/16/11 | {15} | US Treasury | tax refund | 1224-000 | 6,243.00 | | 14,154.72 |
| 06/18/11 | | To Account #92005737185966 | | 9999-000 | | 206.50 | 13,948.22 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 13,948.29 |
| 07/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 13,948.33 |
| 07/13/11 | | To Account #92005737185966 | | 9999-000 | | 13,948.33 | 0.00 |

|  | | ACCOUNT TOTALS | 14,154.83 | 14,154.83 | $0.00 |
|---|---|---|---|---|---|
|  | | Less: Bank Transfers | 0.00 | 14,154.83 | |
|  | | Subtotal | 14,154.83 | 0.00 | |
|  | | Less: Payments to Debtors | | 0.00 | |
|  | | NET Receipts / Disbursements | $14,154.83 | $0.00 | |

{} Asset reference(s)                                                                                                Printed: 08/10/2011 08:46 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-04119  
**Case Name:** MANGIONE, LUIGI  
MANGIONE, LAURYE J  
**Taxpayer ID #:** 38-6971261  
**Period Ending:** 08/10/11  

**Trustee:** Jeremy Gugino (320100)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-57371859-66 - Checking Account  
**Blanket Bond:** $82,344,543.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/18/11 | | From Account #92005737185965 | | | 9999-000 | 206.50 | | 206.50 |
| 06/18/11 | 101 | Luigi and Laurye Mangione | Debtors' pro-rata tax refund less $15.00 non-exempt bank account | | | | 206.50 | 0.00 |
| | | | Pro-rata tax refund | 221.50 | 8500-002 | | | 0.00 |
| | {1} | | | -15.00 | 1129-000 | | | 0.00 |
| 07/13/11 | | From Account #92005737185965 | | | 9999-000 | 13,948.33 | | 13,948.33 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 14.33 | 13,934.00 |
| | | | **ACCOUNT TOTALS** | | | **14,154.83** | **220.83** | **$13,934.00** |
| | | | Less: Bank Transfers | | | 14,154.83 | 0.00 | |
| | | | **Subtotal** | | | **0.00** | **220.83** | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$0.00** | **$220.83** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-57371859-65** | 14,154.83 | 0.00 | 0.00 |
| **Checking # 9200-57371859-66** | 0.00 | 220.83 | 13,934.00 |
| | $14,154.83 | $220.83 | $13,934.00 |

{} Asset reference(s)  

Printed: 08/10/2011 08:46 AM    V.12.57

# Claims Register

## Case: 10-04119    MANGIONE, LUIGI

Claims Bar Date: 03/28/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Jeremy Gugino<br>410 S Orchard ST.<br>Suite 144<br>Boise, ID 83705<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>12/23/10 |  | $2,144.83<br>$2,144.83 | $0.00 | $2,144.83 |
|  | Jeremy Gugino<br>410 S Orchard ST.<br>Suite 144<br>Boise, ID 83705<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>12/23/10 |  | $14.30<br>$14.30 | $0.00 | $14.30 |
| 1 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/04/11 | 1004<br><br>jjg-ok | $5,063.09<br>$5,063.09 | $0.00 | $5,063.09 |
| 2 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/04/11 | 2008<br><br>jjg-ok   Not listed in schedules | $2,367.12<br>$2,367.12 | $0.00 | $2,367.12 |
| 3P | Idaho State Tax Commission<br>Bankruptcy Unit<br>PO Box 36<br>Boise, ID 83722<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>06/07/11 | 4123, 2848<br><br>jjg-ok | $7,657.65<br>$7,657.65 | $0.00 | $7,657.65 |
| 3U | Idaho State Tax Commission<br>Bankruptcy Unit<br>PO Box 36<br>Boise, ID 83722<br><7300-00  Fines, Penalties § 726(a)(4)>, 630 | Unsecured<br>06/07/11 | 4123, 2848<br><br>jjg-ok | $319.00<br>$319.00 | $0.00 | $319.00 |
| 4 | JP Morgan Chase Bank, NA<br>c/o Ascension Capital Group<br>P. O. Box 201347<br>Arlington, TX 76006<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>06/21/11 | 3803<br><br>jjg-ok   Trustee did not liquidate collateral   Not listed in schedules | $19,649.64<br>$0.00 | $0.00 | $0.00 |
| 5 | Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/23/11 | 3353<br><br>jjg-ok   Collecting for ShopNBC Platinum MC   Not listed in schedules | $361.32<br>$361.32 | $0.00 | $361.32 |

# Claims Register

### Case: 10-04119    MANGIONE, LUIGI

Claims Bar Date: 03/28/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Recovery Management Systems Corp<br><br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/27/11 | 3068<br><br>jjg-ok  Collecting for Chase | $1,524.27<br>$1,524.27 | $0.00 | $1,524.27 |
| | | | **Case Total:** | | **$0.00** | **$19,451.58** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-04119
Case Name: MANGIONE, LUIGI
Trustee Name: Jeremy Gugino

**Balance on hand:** $ 13,934.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,934.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeremy Gugino | 2,144.83 | 0.00 | 2,144.83 |
| Trustee, Expenses - Jeremy Gugino | 14.30 | 0.00 | 14.30 |

Total to be paid for chapter 7 administration expenses: $ 2,159.13
Remaining balance: $ 11,774.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,774.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,657.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Idaho State Tax Commission | 7,657.65 | 0.00 | 7,657.65 |

Total to be paid for priority claims: $ 7,657.65
Remaining balance: $ 4,117.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 9,315.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American Express Bank, FSB | 5,063.09 | 0.00 | 2,237.69 |
| 2 | American Express Bank, FSB | 2,367.12 | 0.00 | 1,046.17 |
| 5 | Recovery Management Systems Corp | 361.32 | 0.00 | 159.69 |
| 6 | Recovery Management Systems Corp | 1,524.27 | 0.00 | 673.67 |

Total to be paid for timely general unsecured claims: $ 4,117.22
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 319.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3U | Idaho State Tax Commission | 319.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**