# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In re: MANGIONE, LUIGI § Case No. 10-04119
MANGIONE, LAURYE J §
§
Debtor(s) §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Jeremy Gugino, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U S Bankruptcy Court  Suite 400
550 West Fort Street
Boise, ID  83724

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/08/2011          By:  /s/Jeremy Gugino
                                       Trustee

Jeremy Gugino
410 S Orchard ST.
Suite 144
Boise, ID  83705
(208) 342-1590
gugino@cableone.net

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: MANGIONE, LUIGI | § | Case No. 10-04119 |
| MANGIONE, LAURYE J | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 14,169.83 |
| *and approved disbursements of* | $ | 235.83 |
| *leaving a balance on hand of* [1] | $ | 13,934.00 |
| **Balance on hand:** | $ | 13,934.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,934.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeremy Gugino | 2,144.83 | 0.00 | 2,144.83 |
| Trustee, Expenses - Jeremy Gugino | 14.30 | 0.00 | 14.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,159.13 |
| Remaining balance: | $ 11,774.87 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,774.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,657.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Idaho State Tax Commission | 6,657.65 | 0.00 | 6,657.65 |

Total to be paid for priority claims: $ 6,657.65
Remaining balance: $ 5,117.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,315.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank, FSB | 5,063.09 | 0.00 | 2,781.18 |
| 2 | American Express Bank, FSB | 2,367.12 | 0.00 | 1,300.27 |
| 5 | Recovery Management Systems Corp | 361.32 | 0.00 | 198.48 |
| 6 | Recovery Management Systems Corp | 1,524.27 | 0.00 | 837.29 |

Total to be paid for timely general unsecured claims: $ 5,117.22
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 319.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | Idaho State Tax Commission | 319.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/Jeremy Gugino
                          Trustee

Jeremy Gugino
410 S Orchard ST.
Suite 144
Boise, ID  83705
(208) 342-1590
gugino@cableone.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                                     District of Idaho
In re:                                                             Case No. 10-04119-TLM
Luigi Mangione                                                     Chapter 7
Laurye J Mangione
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0976-1          User: arutter              Page 1 of 1                   Date Rcvd: Nov 09, 2011
                              Form ID: pdf037            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2011.
db/jdb       +Luigi Mangione,    Laurye J Mangione,    2441 N. Snow Goose Way,    Meridian, ID 83646-3474
3737809       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2011 11:33:28
              Recovery Management Systems Corporation for Capita,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
3846597       E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2011 11:33:28     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
3844261       E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2011 11:33:27     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
3832532      +E-mail/Text: bankruptcynotices@tax.idaho.gov Nov 09 2011 22:20:46      Idaho State Tax Commission,
              Bankruptcy Unit,    PO Box 36,   Boise, ID 83722-0036
3784041      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 10 2011 02:16:53
              JP Morgan Chase Bank NA, Department,    c/o Ascension Capital Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
3842647      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 10 2011 01:27:22
              JP Morgan Chase Bank, NA,    c/o Ascension Capital Group,   P. O. Box 201347,
              Arlington, TX 76006-1347
3736648       E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2011 11:33:28
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3724457       Ada County Treasurer200 W. Front St. PO Box 2868 B,    Bank of America PO BOX 5170 Simi Valley,,
              Bank of America PO BOX 301200 Los Angele,   Chase Bank PO BOX 78035 Phoenix, AZ 8506,
              Chase Bank PO BOX 94014 Palatine, IL 600,   Chase Bank Card Member Services
cr*           American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern, PA  19355-0701
cr*          +JP Morgan Chase Bank NA, Department,    c/o Ascension Capital Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
3809150*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
3809151*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
                                                                                      TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2011**                    **Signature:** _Joseph Speetjens_