# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In re: MANGIONE, LUIGI § Case No. 10-04119
      MANGIONE, LAURYE J §
       §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeremy Gugino, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $235,754.44 *(without deducting any secured claims)* | Assets Exempt: $224,829.44 |
| Total Distribution to Claimants: $11,774.87 | Claims Discharged Without Payment: $933,182.50 |
| Total Expenses of Administration: $2,173.46 | |

3) Total gross receipts of $ 14,169.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 221.50 (see **Exhibit 2**), yielded net receipts of $13,948.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $19,649.64 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,173.46 | 2,173.46 | 2,173.46 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,382.00 | 6,657.65 | 6,657.65 | 6,657.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 935,844.08 | 9,634.80 | 9,634.80 | 5,117.22 |
| **TOTAL DISBURSEMENTS** | $942,226.08 | $38,115.55 | $18,465.91 | $13,948.33 |

4) This case was originally filed under Chapter 7 on December 23, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2011          By: /s/Jeremy Gugino
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank - Checking | 1129-000 | 15.00 |
| Employee Stock through Company | 1129-000 | 4,048.67 |
| 2010 TAX REFUNDS | 1224-000 | 10,106.00 |
| Interest Income | 1270-000 | 0.16 |
| **TOTAL GROSS RECEIPTS** | | **$14,169.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Luigi and Laurye Mangione | Pro-rata tax refund | 8500-002 | 221.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$221.50** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | JP Morgan Chase Bank, NA | 4210-000 | N/A | 19,649.64 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$19,649.64** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeremy Gugino | 2100-000 | N/A | 2,144.83 | 2,144.83 | 2,144.83 |
| Jeremy Gugino | 2200-000 | N/A | 14.30 | 14.30 | 14.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 14.33 | 14.33 | 14.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,173.46 | 2,173.46 | 2,173.46 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Idaho State Tax Commission | 5800-000 | 6,382.00 | 6,657.65 | 6,657.65 | 6,657.65 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 6,382.00 | 6,657.65 | 6,657.65 | 6,657.65 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | 6,000.00 | 5,063.09 | 5,063.09 | 2,781.18 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 2,367.12 | 2,367.12 | 1,300.27 |
| 3U | Idaho State Tax Commission | 7300-000 | N/A | 319.00 | 319.00 | 0.00 |
| 5 | Recovery Management Systems Corp | 7100-000 | N/A | 361.32 | 361.32 | 198.48 |
| 6 | Recovery Management Systems Corp | 7100-000 | 1,179.16 | 1,524.27 | 1,524.27 | 837.29 |
| NOTFILED | Peak Broadcasting | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Norco, Inc. | 7100-000 | 93.00 | N/A | N/A | 0.00 |
| NOTFILED | R.L. Schreiber Inc. | 7100-000 | 156.61 | N/A | N/A | 0.00 |
| NOTFILED | Qwest | 7100-000 | 517.99 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 17,787.06 | N/A | N/A | 0.00 |
| NOTFILED | Howell & Vail | 7100-000 | 4,648.43 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Brands Corp. | 7100-000 | 775.76 | N/A | N/A | 0.00 |
| NOTFILED | Idaho Statesman | 7100-000 | 4,123.70 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Idaho Statesman | 7100-000 | 27,779.17 | N/A | N/A | 0.00 |
| NOTFILED | Radiant Systems | 7100-000 | 263.28 | N/A | N/A | 0.00 |
| NOTFILED | Intermountain Gas | 7100-000 | 439.09 | N/A | N/A | 0.00 |
| NOTFILED | Idaho Power | 7100-000 | 1,465.71 | N/A | N/A | 0.00 |
| NOTFILED | Ron's Service Inc. | 7100-000 | 105.90 | N/A | N/A | 0.00 |
| NOTFILED | W. H. Moore Company | 7100-000 | 78,463.00 | N/A | N/A | 0.00 |
| NOTFILED | Total System Services | 7100-000 | 425.97 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 2,367.12 | N/A | N/A | 0.00 |
| NOTFILED | Tablerock Printing | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Zee Medical, Inc. | 7100-000 | 21.96 | N/A | N/A | 0.00 |
| NOTFILED | Sunset Signs & Graphics | 7100-000 | 1,124.90 | N/A | N/A | 0.00 |
| NOTFILED | Sysco Idaho | 7100-000 | 1,630.53 | N/A | N/A | 0.00 |
| NOTFILED | High Tech Telephones | 7100-000 | 526.66 | N/A | N/A | 0.00 |
| NOTFILED | ReStar, Inc. | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Solution Pro | 7100-000 | 53.90 | N/A | N/A | 0.00 |
| NOTFILED | Real Signs | 7100-000 | 1,760.00 | N/A | N/A | 0.00 |
| NOTFILED | Steamco Ventilation | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | Food Service of America | 7100-000 | 1,538.74 | N/A | N/A | 0.00 |
| NOTFILED | Grasmick Produce | 7100-000 | 74.33 | N/A | N/A | 0.00 |
| NOTFILED | Boise POS Solutions | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Boise Metro Chamber of Commerce | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 19,312.02 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 9,066.31 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 17,787.06 | N/A | N/A | 0.00 |
| NOTFILED | Alsco | 7100-000 | 233.85 | N/A | N/A | 0.00 |
| NOTFILED | CIT Small Business Lending | 7100-000 | 599,873.87 | N/A | N/A | 0.00 |
| NOTFILED | Ada County Treasurer | 7100-000 | 2,150.74 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 10,592.63 | N/A | N/A | 0.00 |
| NOTFILED | Franz Family Bakeries Oregon Division | 7100-000 | 51.30 | N/A | N/A | 0.00 |
| NOTFILED | Financial Asset Management | 7100-000 | 9,417.02 | N/A | N/A | 0.00 |
| NOTFILED | Express Service | 7100-000 | 437.45 | N/A | N/A | 0.00 |
| NOTFILED | Evans Equipment | 7100-000 | 682.48 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Co. | 7100-000 | 4,648.43 | N/A | N/A | 0.00 |
| NOTFILED | Duro | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Daymark Safety Systems | 7100-000 | 111.49 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Crandall-Swenson | 7100-000 | 381.79 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | Dickey's Barbeque Restaurant | 7100-000 | 102,517.88 | N/A | N/A | 0.00 |
| NOTFILED | Directv | 7100-000 | 109.99 | N/A | N/A | 0.00 |
| NOTFILED | CMI Credit Mediators | 7100-000 | 474.80 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 935,844.08 | 9,634.80 | 9,634.80 | 5,117.22 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-04119  
**Case Name:** MANGIONE, LUIGI  
                MANGIONE, LAURYE J  
**Period Ending:** 12/18/11

**Trustee:** (320100) Jeremy Gugino  
**Filed (f) or Converted (c):** 12/23/10 (f)  
**§341(a) Meeting Date:** 01/27/11  
**Claims Bar Date:** 03/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Chase Bank - Checking<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 15.00 | 15.00 | | 15.00 | FA |
| 2   Household goods<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3   CD's, DVDs, Misc. wall hangings<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4   Wearing Apparel<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5   Wedding rings<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6   Pistol<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 450.00 | 0.00 | DA | 0.00 | FA |
| 7   TW Telecom 401(k) through Fidelity<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 134,648.70 | 0.00 | DA | 0.00 | FA |
| 8   Roth IRA<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 35,841.25 | 0.00 | DA | 0.00 | FA |
| 9   Retirement<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 42,169.49 | 0.00 | DA | 0.00 | FA |
| 10   Dickey's BBQ Pit Franchise Agreement, voided pur<br>    Orig. Asset Memo: Imported from original petition Doc# 28 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11   Employee Stock through Company<br>    atty used wild card exemption - ask Trustee about this. | 3,597.71 | 3,597.71 | | 4,048.67 | FA |
| 12   2007 Dodge Pickup Truck 2500 | 18,425.00 | 0.00 | DA | 0.00 | FA |

Printed: 12/18/2011 10:11 AM     V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-04119  
**Case Name:** MANGIONE, LUIGI  
              MANGIONE, LAURYE J  
**Period Ending:** 12/18/11

**Trustee:** (320100) Jeremy Gugino  
**Filed (f) or Converted (c):** 12/23/10 (f)  
**§341(a) Meeting Date:** 01/27/11  
**Claims Bar Date:** 03/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Orig. Asset Memo: Imported from original petition Doc# 28 | | | | | |
| 13 | Computer and Printer<br>Orig. Asset Memo: Imported from original petition Doc# 28 | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2 Dogs<br>Orig. Asset Memo: Imported from original petition Doc# 28 | 20.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2010 TAX REFUNDS (u) | Unknown | Unknown | | 10,106.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | FA |
| 16 | **Assets**  **Totals** (Excluding unknown values) | **$239,367.15** | **$3,612.71** | | **$14,169.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

    11/08/11 Amended TFR filed  
    06/02/11 Demanded tax returns

**Initial Projected Date Of Final Report (TFR):**   January 27, 2012       **Current Projected Date Of Final Report (TFR):**   November 8, 2011  (Actual)

Printed: 12/18/2011 10:11 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-04119 | | **Trustee:** | Jeremy Gugino (320100) |
|---|---|---|---|---|
| **Case Name:** | MANGIONE, LUIGI | | **Bank Name:** | The Bank of New York Mellon |
| | MANGIONE, LAURYE J | | **Account:** | 9200-57371859-65 - Money Market Account |
| **Taxpayer ID #:** | 38-6971261 | | **Blanket Bond:** | $82,344,543.00 (per case limit) |
| **Period Ending:** | 12/18/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/11 | {11} | Luigi Mangione | sale of stock | 1129-000 | 4,048.67 | | 4,048.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,048.69 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,048.72 |
| 06/02/11 | {15} | Idaho State Tax Commission | tax refund | 1224-000 | 3,863.00 | | 7,911.72 |
| 06/16/11 | {15} | US Treasury | tax refund | 1224-000 | 6,243.00 | | 14,154.72 |
| 06/18/11 | | To Account #92005737185966 | | 9999-000 | | 206.50 | 13,948.22 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 13,948.29 |
| 07/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 13,948.33 |
| 07/13/11 | | To Account #92005737185966 | | 9999-000 | | 13,948.33 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 14,154.83 | 14,154.83 | $0.00 |
| Less: Bank Transfers | 0.00 | 14,154.83 | |
| **Subtotal** | 14,154.83 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,154.83** | **$0.00** | |

{} Asset reference(s)                                                                                                                                     Printed: 12/18/2011 10:11 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-04119 | | Trustee: | Jeremy Gugino (320100) |
|---|---|---|---|---|
| Case Name: | MANGIONE, LUIGI | | Bank Name: | The Bank of New York Mellon |
| | MANGIONE, LAURYE J | | Account: | 9200-57371859-66 - Checking Account |
| Taxpayer ID #: | 38-6971261 | | Blanket Bond: | $82,344,543.00  (per case limit) |
| Period Ending: | 12/18/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/11 | | From Account #92005737185965 | | 9999-000 | 206.50 | | 206.50 |
| 06/18/11 | 101 | Luigi and Laurye Mangione | Debtors' pro-rata tax refund less $15.00 non-exempt bank account | | | 206.50 | 0.00 |
| | | | Pro-rata tax refund                221.50 | 8500-002 | | | 0.00 |
| | {1} | | -15.00 | 1129-000 | | | 0.00 |
| 07/13/11 | | From Account #92005737185965 | | 9999-000 | 13,948.33 | | 13,948.33 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 14.33 | 13,934.00 |
| 10/16/11 | 102 | Idaho State Tax Commission | Dividend paid 100.00% on $6,657.65; Claim# 3P; Filed: $6,657.65; Reference: 4123, 2848 | 5800-000 | | 6,657.65 | 7,276.35 |
| 10/16/11 | 103 | American Express Bank, FSB | Dividend paid 54.93% on $5,063.09; Claim# 1; Filed: $5,063.09; Reference: 1004 | 7100-000 | | 2,781.18 | 4,495.17 |
| 10/16/11 | 104 | American Express Bank, FSB | Dividend paid 54.93% on $2,367.12; Claim# 2; Filed: $2,367.12; Reference: 2008 | 7100-000 | | 1,300.27 | 3,194.90 |
| 10/16/11 | 105 | Recovery Management Systems Corp | Dividend paid 54.93% on $361.32; Claim# 5; Filed: $361.32; Reference: 3353 | 7100-000 | | 198.48 | 2,996.42 |
| 10/16/11 | 106 | Recovery Management Systems Corp | Dividend paid 54.93% on $1,524.27; Claim# 6; Filed: $1,524.27; Reference: 3068 | 7100-000 | | 837.29 | 2,159.13 |
| 10/16/11 | 107 | Jeremy Gugino | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,159.13 | 0.00 |
| | | | Dividend paid 100.00%        2,144.83 on $2,144.83;  Claim# ; Filed: $2,144.83 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%            14.30 on $14.30;  Claim# ; Filed: $14.30 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 14,154.83 | 14,154.83 | $0.00 |
| | | | Less: Bank Transfers | | 14,154.83 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **14,154.83** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,154.83** | |

{} Asset reference(s)

Printed: 12/18/2011 10:11 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-04119 | | **Trustee:** | Jeremy Gugino (320100) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MANGIONE, LUIGI | | **Bank Name:** | The Bank of New York Mellon |
| | MANGIONE, LAURYE J | | **Account:** | 9200-57371859-66 - Checking Account |
| **Taxpayer ID #:** | 38-6971261 | | **Blanket Bond:** | $82,344,543.00  (per case limit) |
| **Period Ending:** | 12/18/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # 9200-57371859-65 | 14,154.83 | 0.00 | 0.00 |
| Checking # 9200-57371859-66 | 0.00 | 14,154.83 | 0.00 |
| | $14,154.83 | $14,154.83 | $0.00 |

{} Asset reference(s)

Printed: 12/18/2011 10:11 AM     V.12.57