**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: | |
| Luigi Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646 | Case Number: 10–04119–TLM<br><br>Chapter Number: 7 |
| Social Security No.: xxx–xx–4123<br>Employer's Tax I.D. No.: | |
| Debtor | |
| Laurye J Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646 | |
| Social Security No.: xxx–xx–2848<br>Employer's Tax I.D. No.: | |
| Joint Debtor | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee's Final Account and Distribution Report having been considered and found to be in proper order;

IT IS ORDERED that the accounts of said Trustee are APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect and the case is CLOSED.

Dated: 1/11/12

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court