**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Luigi Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–4123<br>Employer's Tax I.D. No.:<br><br>Debtor<br><br>Laurye J Mangione<br>2441 N. Snow Goose Way<br>Meridian, ID 83646<br><br>Social Security No.: xxx–xx–2848<br>Employer's Tax I.D. No.:<br><br>Joint Debtor<br>_____ | Case Number: 10–04119–TLM<br><br>Chapter Number: 7 |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee's Final Account and Distribution Report having been considered and found to be in proper order;

IT IS ORDERED that the accounts of said Trustee are APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect and the case is CLOSED.

Dated: 1/11/12

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                 District of Idaho
In re:                                                      Case No. 10-04119-TLM
Luigi Mangione                                              Chapter 7
Laurye J Mangione
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0976-1        User: arutter           Page 1 of 2           Date Rcvd: Jan 11, 2012
                            Form ID: odaptrsp       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
db/jdb         +Luigi Mangione,    Laurye J Mangione,    2441 N. Snow Goose Way,    Meridian, ID 83646-3474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**                    Signature:   _Joseph Speetjens_

```
District/off: 0976-1          User: arutter              Page 2 of 2                   Date Rcvd: Jan 11, 2012
                              Form ID: odaptrsp          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2012 at the address(es) listed below:

        Bradley B Poole   on behalf of Debtor Luigi Mangione brad@bradpoolelaw.com, carolyn@bradpoolelaw.com
        Jeremy Gugino   gugino@cableone.net, id10@ecfcbis.com
        US Trustee   ustp.region18.bs.ecf@usdoj.gov

                                                                                                                                                       TOTAL: 3

Case 10-04119-TLM    Doc 62    Filed 01/13/12    Entered 01/13/12 22:59:38    Desc Imaged
Certificate of Notice    Page 3 of 3